400 A.2d 611

Commonwealth v. Nesbitt, Appellant.

Submitted December 6, 1977. Norris E. Gelman, for appellant; Michael R. Stiles, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence entered.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.